UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NA'EEM BETZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  1:23-cv-01086 (UNA) |
| | ) | |
| VIVE FINANCIAL, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

This matter comes before the court on review of plaintiff's application for leave to proceed *in forma pauperis,* filed with the *pro se* civil complaint.

Accordingly, it is

**ORDERED** that plaintiff's application for leave to proceed *in forma pauperis*, ECF No. 2, is **GRANTED**, and it is further

**ORDERED** that plaintiff's motion for CM/ECF password, ECF No. 3, is **GRANTED**, and it is further

**ORDERED** that that the Clerk of Court shall assign this action to Chief District Judge James E. Boasberg as related to *Betz v. Synchrony Bank*, No. 22-cv-02235 (JEB).

**SO ORDERED.**

Date:  May 1, 2023

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1